UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
KIMBERLY MARY LAYCOCK

CASE NO. 08 B 02881

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-6369

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/08/08 and confirmed on 05/16/08.

2. The case was converted to Chapter 7 after confirmation, 12/23/2008.

3. The Debtor paid a total of $ 9400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| ALLIANT CREDIT UNION | SECURED VEHIC | 27850.00 | 1005.44 | 4121.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5730.23 | .00 | 166.10 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 22351.88 | .00 | 647.90 |
| BAXTER CREDIT UNION | UNSECURED | 13328.65 | .00 | 386.35 |
| BETA FINANCE | UNSECURED | 2327.16 | .00 | 67.46 |
| CAPITAL ONE BANK | UNSECURED | 14007.12 | .00 | 406.02 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5074.17 | .00 | 147.08 |
| DISCOVER BANK | UNSECURED | 7453.22 | .00 | 216.04 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1049.69 | .00 | 30.43 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | 6993.51 | .00 | 202.72 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27850.00 | .00 | 78315.63 | .00 | 106165.63 |
| PRINCIPAL PAID | 4121.34 | .00 | 2270.10 | .00 | 6391.44 |
| INTEREST PAID | 1005.44 | .00 | .00 | .00 | 1005.44 |
| TOTAL PAID | 5126.78 | .00 | 2270.10 | .00 | 7396.88 |

The Debtor's attorney, LEGAL HELPERS PC           , was allowed $   3500.00 and was paid $    2025.00   direct and $    1475.00   through the plan.

The Trustee received $     528.12 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/18/09                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 02881 KIMBERLY MARY LAYCOCK
```